UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.

BRENNEN MARTISE JACKSON,

      Defendant.

_____/

Hon. Phillip J. Green

Case No. 1:15-mj-00295

**ORDER OF DETENTION**

Defendant appeared before the undersigned judicial officer on January 8, 2016, with appointed counsel for a detention hearing on the complaint, charging him with conspiracy to commit bank robbery and aiding and abetting bank robbery in violation of 18 U.S.C. §§ 371, and 2113(a) & 2.  Defendant is in federal custody on a Writ of Habeas Corpus ad Prosequendum from the Michigan Department of Corrections.  Upon advice of counsel, defendant waived his right to a detention hearing, reserving the right to a hearing at a later date, should the circumstances relating to his state matter change.

Accordingly, **IT IS HEREBY ORDERED** that defendant be remanded to the custody of the Attorney General pending trial.

**IT IS SO ORDERED**.

                                    _/s/ Phillip J. Green____
                                      PHILLIP J. GREEN
                                      United States Magistrate Judge